## WM. ALLIN *v.* ARMSTEAD BOWEN.

Land—Sale of by Tract—Quantity—More or Less—Validity of Sale.

> Where land is sold by the tract, the actual puantity, more or less, cannot invalidate the sale.

APPEAL FROM CLARKE CIRCUIT COURT.

September 16, 1867.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The land is sufficiently identified by the record; and having been sold *by the tract* as containing about 62½ acres, whether it contains precisely that quantity or only 70 or only 50 acres, the actual quantity, more or less, cannot·invalidate the sale, especially as Allin, the owner, represented it as a tract of 62½ acres.

And seeing no reason for setting the sale aside, this court cannot reverse the judgment, which is therefore affirmed.